UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHELLONNEE B. CHINN,

                       Plaintiff,

v.

ELMWOOD FRANKLIN SCHOOL, *et al*.,

                       Defendants.

**REPORT AND RECOMMENDATION**

15-CV-00938(FPG)(JJM)

---

        Before the court is plaintiff's motion to voluntarily dismiss defendant Arthur Glick from the action pursuant to Fed. R. Civ. P. 41(a)(2) [187][1], which has been referred to me by District Judge Frank P. Geraci for initial consideration [159]. At the September 21, 2018 conference, defendants stated that they had no opposition to the dismissal of defendant Glick and plaintiff agreed that the dismissal was with prejudice. Therefore, I recommend that the motion be granted, and that defendant Glick be dismissed from this action, with prejudice.

        Unless otherwise ordered by Judge Geraci, any objections to this Report and Recommendation must be filed with the clerk of this court by October 11, 2018. Any requests for extension of this deadline must be made to Judge Geraci. A party who "fails to object timely . . . waives any right to further judicial review of [this] decision". Wesolek v. Canadair Ltd., 838 F. 2d 55, 58 (2d Cir. 1988); Thomas v. Arn, 474 U.S. 140, 155 (1985).

        Moreover, the district judge will ordinarily refuse to consider *de novo* arguments, case law and/or evidentiary material which could have been, but were not, presented to the

---

[1] Bracketed references are to the CM/ECF docket entries.

magistrate judge in the first instance. <u>Patterson-Leitch Co. v. Massachusetts Municipal Wholesale Electric Co.</u>, 840 F. 2d 985, 990-91 (1st Cir. 1988).

The parties are reminded that, pursuant to Rule 72(b) and (c) of this Court's Local Rules of Civil Procedure, written objections shall "specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for each objection . . . supported by legal authority", and must include "a written statement either certifying that the objections do not raise new legal/factual arguments, or identifying the new arguments and explaining why they were not raised to the Magistrate Judge".  Failure to comply with these provisions may result in the district judge's refusal to consider the objections.

Dated: September 24, 2018

<u>/s Jeremiah J. McCarthy</u>  
JEREMIAH J. MCCARTHY  
United States Magistrate Judge